1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DEAREL F. GIBSON,                          CASE NO. 1:11-cv-01188-SMS PC

10                  Plaintiff,                 ORDER STRIKING COMPLAINT FROM
                                               RECORD FOR LACK OF SIGNATURE
11        v.
                                               (ECF No. 1)
12   S. SEDWICK, et al.,
                                               THIRTY-DAY DEADLINE
13                  Defendants.
     _____/
14

15        Plaintiff Dearel F. Gibson ("Plaintiff"), a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, filed an unsigned complaint on July

17   19, 2011.  Unsigned documents cannot be considered by the Court, and Plaintiff's complaint shall

18   be stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  Additionally,

19   under Rule 8(a), a complaint must contain "a short and plain statement of the claim showing that the

20   pleader is entitled to relief."  Fed. R. Civ. P. 8(a)(2).  Plaintiff is advised that in his complaint, he

21   shall state as briefly as possible the facts of his case, describing how each defendant is involved, and

22   shall not give any legal arguments or cite to any cases or statutes.  (See Form Complaint, § IV,

23   enclosed with this order.)

24        Accordingly, it is HEREBY ORDERED that Plaintiff's complaint, filed July 19, 2011, is

25   STRICKEN and Plaintiff SHALL file a complaint within **thirty (30) days** from the date of service

26   ///

27   ///

28   ///

1

of this order.  The failure to comply with this order will result in dismissal of this action in its entirety.

IT IS SO ORDERED.

**Dated:** __**August 1, 2011**__                    _____**/s/ Sandra M. Snyder**_____
                                                     UNITED STATES MAGISTRATE JUDGE