# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAREL F. GIBSON, | CASE NO. 1:11-cv-01188-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR ADDITIONAL SERVICE FORMS |
| v. | (ECF No. 17) |
| S. SEDWICK, | |
| Defendant. | |

Plaintiff Dearel F. Gibson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the amended complaint against Defendant Sedwick for retaliation in violation of the First Amendment and equal protection in violation of the Fourteenth Amendment. (ECF No. 14.) On October 30, 2012, an order issued directing the United States Marshal to initiate service on Defendant Sedwick. (ECF No. 16.) On November 30, 2012, Plaintiff filed a proof of service by mail in which he requested that the Clerk's Office send him three to five additional subpoenas. (ECF No. 17.)

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Once the complaint is found to have stated a cognizable claim service documents are sent to the plaintiff to be completed and returned to the Court. In this instance, Plaintiff has only stated a cognizable claim against Defendant Sedwick, and the forms have been forwarded to the United States Marshal for service to be initiated. It is not clear why Plaintiff seeks the additional subpoenas. To the extent that Plaintiff may be seeking to serve additional individuals, any unrelated claims against different

1  individuals need to be raised in a new action.

2      Accordingly, Plaintiff's request for additional service documents, filed November 30, 2012,
3  is HEREBY DENIED.

5     IT IS SO ORDERED.

6  **Dated:   December 2, 2012**               /s/ **Barbara A. McAuliffe**
                                                                      UNITED STATES MAGISTRATE JUDGE